

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, NY 10007

May 20, 2021

**BY ECF**

Hon. Kenneth M. Karas
United States District Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

      Re: *Jimenez o/b/o D.J.S. v. Comm'r of Soc. Sec.*, No. 21 Civ. 2030 (KMK)

Dear Judge Karas:

      This Office represents the Commissioner of Social Security (the "Commissioner"), the defendant in the above-referenced action brought pursuant to 42 U.S.C. § 405(g), in which the plaintiff appeals the Commissioner's decision to deny her child's application for Social Security disability benefits.

      I respectfully write to request a 60-day extension of time for the Commissioner to file the certified administrative record in this case, *nunc pro tunc*, from May 17, 2021, to July 16, 2021. The extension is needed due to delays in preparing the certified administrative record resulting from temporary workplace changes implemented by the Social Security Administration in response to the COVID-19 pandemic. These changes have significantly impacted the operations of the Social Security Administration's Office of Appellate Operations and materially affected its ability to prepare certified administrative records and to obtain transcriptions of hearing recordings from private contractors.

      The plaintiff consents to this request for an extension, and this is the Commissioner's first request for an extension of the time to file the certified administrative record. I thank the Court for its consideration of this request.

                                        Respectfully,

                                        AUDREY STRAUSS
                                      United States Attorney

                                  /s/ Amanda F. Parsels
                    BY:   AMANDA F. PARSELS
                                  Assistant United States Attorney
                                  Tel.: (212) 637-2780
                                  Email: amanda.parsels@usdoj.gov

Case 7:21-cv-02030-KMK   Document 11   Filed 05/20/21   Page 2 of 2
Case 7:21-cv-02030-KMK-AEK   Document 12   Filed 05/21/21   Page 2 of 2

Page 2

cc: Sandra Jimenez (by U.S. mail)
    *Plaintiff* Pro Se

Granted. The Government is to mail a copy of this memo endorsement to Plaintiff and certify this was done in a filing by 5/26/21.

So Ordered.

5/20/21