UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Sandra Jimenez,

                Plaintiff,                    **ORDER**

      -against-                         21 Civ. 2030 (KMK) (AEK)

Commissioner of Social Security,

                Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      On September 20, 2021, the Commissioner requested a 30-day extension of the deadline to file her motion, from September 20, 2021 to October 20, 2021. ECF No. 16. The Court granted this extension the same day. ECF No. 17. To date, the Commissioner has not filed her motion. Defendant is hereby directed to submit a letter to the Court on or before Wednesday, November 3, 2021 to explain the delay and, if appropriate, to seek a *nunc pro tunc* extension of the filing deadline. If Defendant does seek an extension, the application must include a statement of Plaintiff's position regarding that request.

      The Clerk of the Court is directed to mail a copy of this letter to the *pro se* Plaintiff.

Dated: October 28, 2021
       White Plains, New York

                                                    **SO ORDERED.**

                                            _____
                                            ANDREW E. KRAUSE
                                            United States Magistrate Judge