UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Sandra Jimenez,

                      Plaintiff,                          **ORDER**

        -against-                        21-cv-2030 (KMK) (AEK)

Commissioner of Social Security,

                      Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       On November 23, 2021, the Commissioner filed her motion for judgment on the pleadings.  ECF No. 21.  According to the certificate of service, the Commissioner served her motion on the *pro se* Plaintiff by Federal Express on November 24, 2021.  ECF No. 23.  Plaintiff's opposition to the Commissioner's motion, and Plaintiff's own cross-motion for judgment on the pleadings, was due on January 21, 2022.  *See* ECF No. 20.  To date, no opposition has been filed.

       The Court hereby extends Plaintiff's deadline to serve and file her opposition and cross-motion until **February 28, 2022**.

       The Clerk of the Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

Dated: January 27, 2022
       White Plains, New York

                                                        **SO ORDERED.**

                                           _____
                                           ANDREW E. KRAUSE
                                           United States Magistrate Judge