UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SANDRA JIMENEZ,

                Plaintiff,                          21 **CIVIL** 2030 (KMK)

     -v-                                      **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 6, 2022, the Report and Recommendation, dated August 18, 2022, is ADOPTED in its entirety. The Defendant's Motion for Judgment on the Pleadings is denied. Plaintiff's Cross-Motion for Judgment on the Pleadings is granted in part and denied in part, consistent with the Report and Recommendation. Judgment is entered in favor of Plaintiff, and this matter is remanded to the Commissioner for further administrative proceedings.

**Dated:**  New York, New York
        September 7, 2022

                                                        **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                           **BY:**         *K. Mango*

                                                          **Deputy Clerk**